UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT MICHIGAN

| | |
|---|---|
| MALIBU MEDIA, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN DOE subscriber assigned IP address ) <br> 24.11.144.187, ) <br> ) <br> Defendant. ) <br> ) | Civil Action Case No. _____ |

**MOTION FOR LEAVE TO SERVE A THIRD PARTY
SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE**

Pursuant to Fed. R. Civ. P. 26(d)(1), and upon the attached: (1) Memorandum of Law in support of this motion; and (2) Declaration of Tobias Fieser in support of this motion, Malibu Media, LLC ("Plaintiff"), respectfully moves for entry of an order granting it leave to serve a third party subpoena prior to a Rule 26(f) conference (the "Motion"). A proposed order is attached for the Court's convenience.

Dated: February \_\_\_, 2013

                                              Respectfully submitted,

                                              NICOLETTI & ASSOCIATES, PLLC

                        By:    /s/ *Paul J. Nicoletti*
                                          Paul J. Nicoletti, Esq. (P44419)
                                          36880 Woodward Ave, Suite 100
                                          Bloomfield Hills, MI 48304
                                          Tel: (248) 203-7800
                                          Fax: (248) 203-7801
                                          E-Fax: (248) 928-7051
                                          Email: paul@nicoletti-associates.com
                                          *Attorneys for Plaintiff*

1